145 A.3d 1155

COMMONWEALTH of Pennsylvania, Respondent,

v.

Monroe YOUNG, Petitioner.

Supreme Court of Pennsylvania.

Sept. 6, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 6th day of September, 2016, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity, is:

Whether the mandatory sentence imposed by the trial court was illegal pursuant to *Alleyne* ?

The judgment of sentence is **VACATED,** and the matter is **REMANDED** to the Superior Court for reconsideration in light of *Commonwealth v. Wolfe*, 636 Pa. 37, 140 A.3d 651 (2016).